[No. 12526-5-I. Division One. September 16, 1985.]

A.B. DICK COMPANY, *Plaintiff*, v. TIM ASPINALL,
ET AL, *Defendants*, WILLIAM SESKO, ET AL,
*Appellants*, DEANE DUNHAM, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 839674, Frank H. Roberts, Jr., J., entered October 27, 1982. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Ringold and Coleman, JJ.

[No. 13113-3-I. Division One. September 16, 1985.]

JORGENSON STEEL COMPANY, *Respondent*, v. RAYMOND
GAIL CROCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-10781-6, Herbert M. Stephens, J., entered April 8, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Ringold and Scholfield, JJ.

[No. 12631-8-I. Division One. September 16, 1985.]

OSCAR HEARDE, *Appellant*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-12313-9, James J. Dore, J., entered December 2, 1982. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Swanson, J., and Petrie, J. Pro Tem.